**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jamie Steel,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company; Canada Life Assurance Company; Foxworth-Galbraith Lumber Company; Foxworth-Galbraith Lumber Company & Associated Companies Group Long Term Disability Plan,<br><br>　　　　Defendants. | No. CV 10-00451 PHX MHM<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE OF FOXWORTH-GALBRAITH LUMBER COMPANY, FOXWORTH-GALBRAITH LUMBER COMPANY & ASSOCIATED COMPANIES GROUP LONG TERM DISABILITY PLAN AND CANADA LIFE ASSURANCE COMPANY** |

Pursuant to the Stipulation of the parties and good cause showing,

IT IS ORDERED that defendants Canada Life Assurance Company, Foxworth-Galbraith Lumber Company, and Foxworth Galbraith Lumber Company & Associated Companies Group Long Term Disability Plan are dismissed from this action without prejudice.

Dated this 18th day of May, 2010.

_____
Mary H. Murguia
United States District Judge