IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jamie Steel,<br><br>            Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company<br><br>            Defendant. | No. CV 10-00451 PHX MHM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 24th day of August, 2010.

_____
Mary H. Murgula
United States District Judge